**Davis Miles McGuire Gardner**
40 East Rio Salado Parkway, Suite 425
Tempe, AZ  85281
Telephone:  (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

**Steven E. Weinberger, Bar No. 015349**
sweinberger@davismiles.com
**Michael E. Medina, Jr., Bar No. 014846**
mmedina@davismiles.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Elizabeth Koleski, an individual person,<br>            Plaintiffs,<br>v.<br>Donald W. Grube; United States a/k/a United States of America; and United States Postal Service, a Federal Government Entity,<br>            Defendants. | **COMPLAINT** |

Plaintiff Mary Elizabeth Koleski through her undersigned counsel, for her Complaint against Defendants, allege the following:

**Jurisdictions, Parties, and Venue**

1. Plaintiff Mary Elizabeth Koleski is a resident of Maricopa County, Arizona, and at all times relevant resided in the State of Arizona.

2. Defendant Donald W. Grube upon information and belief, is a resident of Pinal County, Arizona, and at all times relevant resided in the State of Arizona.

3. Defendant Donald W. Grube was employed by the federal government, the United

1

States Postal Service and the United States, on or about January 19, 2016, in

4. The United States a/k/a United States of America (hereinafter "USA") is a named Defendant in this action pursuant to 28 U.S.C. § 2679. The United States Postal Service is a governmental agency organized under the laws of the United States and is subject to suit pursuant to the Federal Tort Claims Act, and upon information and belief, the employer of Donald W. Grube, who at all times relevant to this action was operating a motor vehicle within the course and scope of her employment with the United States Postal Service.

5. Defendant United States Postal Service is a federal agency organized and existing as a branch of the United States.

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b) because this is a claim for money damages for personal injury caused by the negligence or wrongful act or omission of an employee of the Government while acting within the scope of his employment.

7. Venue is also proper pursuant to 28 U.S.C. § 1402(b) because Plaintiff resides in this judicial district and the events giving rise to this claim described herein arose in this judicial district.

8. Plaintiff Mary Elizabeth Koleski has completed the prerequisites to filing required by 28 U.S.C. § 2675.

9. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2674.

10. The automobile collision, which is the subject matter of this action, occurred in Maricopa County, Arizona.

11. All act complained of were done by Defendants or their authorized agents, and if done by Defendants' employees, were performed while in the course and scope of their employment so that Defendants are legally responsible for their agents' or employees' acts.

### General Allegations

12. Plaintiff hereby incorporates by reference all prior allegations of this Complaint as though fully set forth herein.

13. On January 19, 2016, Plaintiff Mary Elizabeth Koleski was driving westbound on Southern Avenue, in Maricopa County, Arizona.

14. Plaintiff Mary Elizabeth Koleski was driving behind a vehicle driven by Allyse Rust. Ms. Rust's vehicle slowed and came to a stop due to the vehicle in front of her slowing to make a right turn.

15. In response to Ms. Rust slowing her vehicle to a stop, Plaintiff Mary Elizabeth Koleski slowed her vehicle.

16. At all relevant time herein, Defendant Donald Grube was driving a United States Postal Service ("USPS") vehicle owned and operated by the Defendant USPS directly behind Plaintiff Mary Elizabeth Koleski while in the course and scope of his employment with the USPS. Defendant Grube negligently failed to control the speed of the USPS vehicle and slammed into the back of the Plaintiff Mary Elizabeth Koleski's vehicle as she slowed her vehicle to a stop.

17. The force of the Grube impact caused Plaintiff Mary Elizabeth Koleski's vehicle to be pushed into the Rust vehicle directly in front of her.

### Count 1

### Negligence Against the United States and United States Postal Service
### Pursuant to the Federal Tort Claim Act

18. Plaintiff repeats, re-alleges, and incorporates by reference all preceding paragraphs of this Complaint.

19. Defendants USPS and USA hired Defendant Donald Grube to deliver the United States mail and to work as an employee and agent of Defendants USPS and USA.

20. Defendants USPS and USA have a duty to act reasonably in hiring and training drivers to deliver the United States mail, in particular Defendant Donald Grube, and to promulgate and enforce rules and regulations to ensure its drivers and vehicles followed said rules and regulations and drove in a reasonably safe manner.

21. Defendants USPS and USA were negligent and breached that duty:

   a. In negligently entrusting the mail and delivery duties to Defendant Donald Grube, when they knew or should have known that he was not a safe driver and used poor judgment when operating a vehicle;

   b. In failing to exercise reasonable care to exercise reasonable care to see that the vehicle being used for its deliveries was in an unsafe and unsound mechanical condition so as not to endanger Plaintiff Mary Koleski;

   c. In failing to properly train Defendant Donald Grube and make sure that he was capable of operating the subject vehicle and delivering the United States mail in a safe manner;

   d. That the actions of Defendant Donald Grube were done in the course and scope of his employment and agency with Defendants USPS and USA, and that said Defendants are responsible for Defendant Grube's negligence pursuant to the doctrine of *Respondeat Superior*.

22. As a direct and proximate result of the negligent actions of Defendants USPS and USA, and Defendant Donald Grube in failing to control the speed of their USPS vehicle, Plaintiff Mary Elizabeth Koleski suffered serious injuries and damages.

4

23. As a direct and proximate result of the negligent actions of Defendants USPS and USA, and Donald Grube, Plaintiff Mary Koleski has endured extensive pain and suffering and incurred substantial medical expenses, and past and future wage losses.

## Count 2

### Negligence Against Donald Grube

24. Plaintiff repeats, re-alleges, and incorporates by reference all preceding paragraphs of this Complaint as though fully set forth herein.

25. Defendant Donald Grube was under a duty to exercise reasonable care while operating the USPS vehicle.

26. Defendant Donald Grube breached that duty when he failed to control the speed of the USPS vehicle and slammed into the back of the Plaintiff Mary Elizabeth Koleski causing her vehicle to be pushed into another vehicle.

27. As a direct and proximate result of Defendant Donald Grube's negligent operation of the USPS vehicle he was cited for violation of Arizona Revised Statute § 28-701A for failing to control the speed of a vehicle as necessary to avoid colliding with other vehicles.

28. As a direct and proximate result of the Defendant's failure to control the speed of his vehicle the Plaintiff Mary Elizabeth Koleski suffered serious injuries and damages.

29. As a direct and proximate result of the Defendant's negligence, the Plaintiff has endured extensive pain and suffering and incurred substantial medical expenses.

30. At all times referred to herein, Defendant Donald Grube was employed by the United States Postal Service and was operating a United States Postal Service vehicle at the time he rear-ended the Plaintiff, while in the course and scope of his employment with Defendants USPS and USA.

## Prayer for Relief

Plaintiff respectfully requests judgment against the Defendants, and each of them, as follows:

A. For judgment in her favor on all causes of action;

B. For compensatory damages plus special incidental damages, in amounts to be determined;

C. For Plaintiffs' costs of this suit, in an amount to be determined;

D. For pre- and post-judgment interest as permitted by law; and

E. For other such relief as this Court deems just and proper.

Dated this 2nd day of November, 2020.

**DAVIS MILES MCGUIRE GARDNER PLLC**

By: \s\ Michael E. Medina Jr.
Steven E. Weinberger
Michael E. Medina, Jr.
*Attorneys for Plaintiffs*

I hereby certify that on November 2 , 2020,
I electronically filed the foregoing document
with the U.S. District Court Clerk's Office
by using the CM/ECF System for filing.

By: Carolyn Button